# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WILLIAM REX SELLERS**                                              **PLAINTIFF**

**v.**                        **CASE NO. 5:18-CV-00055 BSM**

**JONATHAN WISCAVER, et al.**                                  **DEFENDANTS**

## ORDER

Defendants' motion for sanctions [Doc. No. 23] is granted in part, and William Sellers is ordered to reimburse $127.56 in costs to defendants within thirty days of this order for failing to appear for his deposition. This lawsuit will be dismissed without prejudice if Sellers fails to pay the costs within thirty days of this order or if he again fails to appear for his deposition. *See Aziz v. Wright*, 34 F.3d 587, 589 (8th Cir. 1994) (authorizing dismissal as a Rule 37(d) sanction if a party fails to appear for his deposition).

IT IS SO ORDERED this 28th day of May 2019.

                                                           UNITED STATES DISTRICT JUDGE